MERCANTILE BANK & TRUST
COMPANY, Respondent,

v.

Mrs. Donald FITZPATRICK, Appellant.

No. WD 35050.

Missouri Court of Appeals,
Western District.

Dec. 4, 1984.

George H. Barr, Kansas City, for appellant.

Jim Tom Reid, Kansas City, for respondent.

Before TURNAGE, C.J., MANFORD and
BERREY, JJ.

ORDER

PER CURIAM.

This is an appeal from a judgment
against a guarantor for monies due upon a
promissory note. Judgment affirmed.

Rule 84.16(b).